

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| PHILIP KENNEDY and EMERALD KENNEDY, | § | No. 08-19-00239-CV |
|  | § | Appeal from the |
| Appellants, | § | 394th District Court |
| v. | § | of Brewster County, Texas |
| JEFF McCOY d/b/a McCOY CONSTRUCTION, | § | (TC# 2016-02-B0812-CV) |
| Appellee. | § |  |

## <u>MEMORANDUM OPINION</u>

Appellants Philip and Emerald Kennedy have filed a motion for voluntary dismissal of this appeal. *See* TEX.R.APP. P. 42.1(a)(1). The motion is granted, and this appeal is dismissed. Costs of appeal are assessed against Appellants. *See* TEX.R.APP. P. 42.1(d).

GINA M. PALAFOX, Justice

November 6, 2019

Before Alley, C.J., Rodriguez, and Palafox, JJ.